UNITED STATES of America, Plaintiff–Appellee,

v.

Ramon CASTRO–LEON, also known as Richard Placencia, also known as Ramon Leon–Castro, also known as Jose Ramon–Castro, Defendant–Appellant.

No. 03–11118.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

DECIDED: June 7, 2004.

Susan B. Cowger, Tamara Lynn Reno, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ramon Castro–Leon, White Deer, PA, pro se.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Ramon Castro–Leon (Castro) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California.*[1] Castro was notified of counsel's motion and brief and did not file a response.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

2. *See* 5TH CIR. R. 42.2.

